DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARJORIE HUNTER-HUPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00127 AWI |
|---|---|---|
| Plaintiff, | ) | ***SECOND AMENDED*** STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER |
| v. | ) | |
| MARJORIE HUNTER-HUPP | ) | Date: August 4, 2008 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for July 14, 2008, **may be continued to August 4, 2008 at 9:00 a.m.**

The continuance is at the request of defense counsel to provide him additional time for defense preparation and further investigation prior to the sentencing hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3 | 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED:  July 9, 2008                By   /s/  Kirk E. Sherriff
                                         KIRK E. SHERRIFF
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  July 9, 2008                By   /s/  Marc Days
                                         MARC DAYS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MARJORIE HUNTER-HUPP


**ORDER**

IT IS SO ORDERED.

**Dated:   July 11, 2008**             /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE

*Second Amended* Stipulation to Continue
Sentencing Hearing;[Proposed] Order                    2