**UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                    RE:    **MARJORIE HUNTER HUPP**
                           **Docket Number:    1:08CR00127-01 AWI**
                           **FIREARM STORED AT OFFENDER'S**
                           **RESIDENCE**

Your Honor:

On May 5, 2008, the offender pled guilty to a violation of 18 USC 641, Theft of
Government Money or Property, a Class C Felony.  On August 4, 2008, she was
sentenced to probation for a term of 60 months.

The felony conviction prohibits the offender from possessing a firearm.  As such, and
for officer safety reasons, it is customary for the probation office to preclude offenders
from residing any place where a firearm is stored.

In the instant case, the offender resides with her husband who possesses a .380 Colt
pistol which remains unloaded at all times and is kept locked in a hope chest in a spare
bedroom.  The probation officer has personally observed the pistol which appears to be
a collector's item for her husband.  The offender's husband advised that he is the only
individual who possesses a key to the hope chest where the pistol is stored and the
offender does not have access to the firearm.  In addition, there is no known
ammunition stored anywhere in the home.  This case is viewed as an exception to the
probation office's prohibition of offenders residing where a firearm is stored.

The offender has no criminal history involving firearms or violence, the firearm will be
locked away by her husband and it has repeatedly been stated that she will not have
access to the weapon.  This will also alleviate the probation officer's concern for safety.
Furthermore, the offender has no other viable residence and if forced to move, it would
greatly diminish the likelihood for her success.  The offender has vowed to immediately
notify the probation officer should, at any time, the weapon be removed from the home

or be unaccounted for.

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at her current residence, even though a firearm is stored on the premises.

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN**
**United States Probation Officer**


Dated:          December 11, 2008
                    Fresno, California
                    BB


**REVIEWED BY:      /s/ Hubert J. Alvarez**
                            **HUBERT J. ALVAREZ**
                            **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Approves The Probation Officer's plan to allow offender to reside where a firearm is stored.

(   )   Disapproves the Probation Officer's plan. The offender may not reside where a firearm is store.

(   )   Other:


IT IS SO ORDERED.

**Dated:    December 17, 2008                   /s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE